In the United States District Court

for the **SOUTHERN** DISTRICT OF **INDIANA**

UNITED STATES OF AMERICA

V.

JEFFREY D. COSBY

CRIMINAL NUMBER: IP 06-166-cr-01-T

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **Jeffrey D. Cosby**, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the **Middle** District of **Alabama** in which I, _____, (am under arrest, *am held*) and to waive trial in the above captioned District.

Dated: **Feb 14** 20**07** at **10:00 a.m.**

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
Assistant United States Attorney
**Middle** District of **Alabama**

_____
United States Attorney for the
**Southern** District of **Indiana**

3/4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY D. COSBY, | ) | CAUSE NO. IP 06-/66-CR-01 H/F |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges that:

### Count One
### Possession of Child Pornography
### 18 U.S.C. §2252A(a)(5)(B)

On or about June 6, 2006, at Indianapolis, Indiana, in the Southern District of Indiana, the defendant, JEFFREY D. COSBY, did knowingly possess any computer disk or any other material that contains an image of child pornography that has been mailed, shipped, and transported in interstate commerce by any means, including by computer, or that was produced using materials that have been mailed, shipped, and transported in interstate or foreign commerce by any means, including by computer, that is: JEFFREY D. COSBY possessed a 80 GB external hard drive which contained numerous image and video files of child pornography as defined in Title 18, United States Code, Section 2256(8) and which involved the 16 actual minor females, including the files listed below:

| File Name | Victim |
|---|---|
| dcp_2051 | Jane Doe 1 |
| dcp_2052 | Jane Doe 1 |

| File Name | Victim |
|---|---|
| dcp_2070.jpg | Jane Doe 1 |
| dcp_2071.jpg | Jane Doe 1 |
| dcp_2074.jpg | Jane Doe 1 |
| dcp_2075.jpg | Jane Doe 1 |
| dcp_2076.jpg | Jane Doe 1 |
| dcp_2209.jpg | Jane Doe 1 |
| dcp_2273.jg | Jane Doe 1 |
| privatepreteenfucking.mpg | Jane Doe 1 |
| (3yo_Marjorie_in_bath.mpg | Jane Doe 1 |
| bathrm_finger.ipg | Jane Doe 2 |
| !10dildo.jpg | Jane Doe 3 |
| 10_hayley001.jpg | Jane Doe 4 |
| 10_hayley002.jpg | Jane Doe 4 |
| !!!11_yr.old_sister_dildo.jpg | Jane Doe 5 |
| 3sis07.jpg | Jane Doe 5 and 6 |
| 3sis27.jpg | Jane Doe 5 |
| 5_yo_christa_bj_dad-5.jpg | Jane Doe 7 |
| feb05.jpg | Jane Doe 7 |
| feb06.jpg | Jane Doe 7 |
| img20050804202408.jpg | Jane Doe 8 |
| _hr_r13.jpg | Jane Doe 9 |
| _hr_r14.jpg | Jane Doe 9 |
| _hr_r15.jpg | Jane Doe 9 |
| _hr_r19.jpg | Jane Doe 9 |
| 02.jpg | Jane Doe 10 |

| File Name | Victim |
|---|---|
| sara06.jpg | Jane Doe 11 |
| sara07.jpg | Jane Doe 11 |
| xsocute.mpg | Jane Doe 12 |
| lilpretty.avi | Jane Doe 13 |
| !_give_dad_hand.mpg | Jane Doe 14 |
| meg03.mpg | Jane Doe 15 |
| meg09.mpg | Jane Doe 15 |
| ((Hussyfan))_pthc_Babyj_star.mpg | Jane Doe 16 |
| (Pthc) 7yo Fickt Papa.mpg | Jane Doe 17 |
| babyj-strip.avi | Jane Doe 16 |

All of which is a violation of Title 18, United States Code, Section 2252A(a)(5).

## **FORFEITURE**

1. The allegations in Count One of this information are realleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to pursue forfeiture of various property pursuant to Title 18, United States Code, Section 2253.

2. If convicted of the offense set forth in Count One, Jeffrey D. Cosby, defendant herein, shall forfeit to the United States the defendant's interest in: 1) any visual depiction described in Title 18, United States Code, Section 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; 2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and 3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

### Substitute Assets

3. Pursuant to Title 21, United States Code, Section 853(p) (through 28 U.S.C. § 2461(c)), the court shall order the forfeiture of any other property of the defendant, up to the value of any property described in paragraph 2, if, by any act or omission of the defendant, the property described in paragraph 2, or any portion thereof:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty.

In keeping with the foregoing, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the

value of all forfeitable property as described above in Paragraph 2.

                                            Respectfully submitted,

                                            */s/ Susan W. Brooks*
                                            SUSAN W. BROOKS
                                            United States Attorney

| | |
|---|---|
| STATE OF INDIANA | ) |
| | )   SS: |
| COUNTY OF MARION | ) |

       Steven D. DeBrota, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

                                            Steven D. DeBrota
                                            Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 27th day of October, 2006.

                                            Joseph G. Fetters
                                            Notary Public

My Commission Expires:     February 24, 2007

My County of Residence:     MARION

5

**NAME OF CASE:** U.S. v. JEFFREY D. COSBY

**Place of Offense:**
County: Marion
Division: Indianapolis

**INDICTMENT** _ **INFORMATION** X
Agent/Agency: Tom Henderson/USPS

Matter to be Sealed? No
Unsealed upon arrest of defendant? Neither
Juvenile? No
Rule 20 to be sent to Middle District of Alabama

**Related Case Information:**
Case Title: _
Case Number: _

Superseding Indictment: _
Docket Number: _
Same Defendant: _ New Defendant: _

Magistrate Number: _
Date of hearing: _
Search Warrant No: _

*IP06-166-01 T/F*

FILED U.S. DISTRICT COURT INDIANAPOLIS DIVISION 06 NOV -1 PM 2:57 SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK

**CLERK SCHEDULING INSTRUCTIONS:**
Guilty plea petition to be filed with this Information/Indictment?   No
Schedule an initial hearing before Magistrate Judge?   No
Schedule a disposition date only?   No
Request Probation prepare presentence report?   No

**Defendant name:** Jeffrey D. Cosby
Alias name: _
Address: c/o Jennifer Hart & Kevin Butler, 201 Monroe Street, Suite 1960, Montgomery, AL 36104
Birth date: _  SSN: _  Sex: Male

**DEFENSE COUNSEL INFORMATION:** Name: Jennifer Hart & Kevin Butler   Bar No. ____
Address: Federal Public Defenders - Middle District of Alabama
201 Monroe Street, Suite 1960, Montgomery, AL 36104
Telephone No. _  Retained: _

**U.S. ATTORNEY INFORMATION:**   AUSA: Steven D. DeBrota   Bar No. _
Interpreter needed? No   List language and/or dialect: _
Location Status: Arrest Date: _
    Already in federal custody X
    Already in state custody _
    On pretrial release _
    Previously arrested on this charge _
    Warrant issued _
    Summons issued _

**U.S.C. CITATIONS:**
**TOTAL NUMBER OF COUNTS:** 1   Petty _ Misdemeanor _ Felony X

| INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNTS |
|---|---|---|
| 18:2252A.F | Possession of Child Pornography | 1 |

*CERTIFIED A TRUE COPY — CLERK OR DEPUTY — LAURA A. BRIGGS, CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA*

2

USA vs. COSBY, JEFFREY D                                           IP06-CR-0166-01-T/F

| OFFENSE | DIST | OFF | CUST | W | J | A | FILEDATE | NO.DEFS | MAG CASE NO | COUNTY | JUDGE | MAG. |
|---------|------|-----|------|---|---|---|----------|---------|-------------|--------|-------|------|
| Felony  | 0756 | 1   | N/A  | N | N | N | 11 01 06 | 1       |             | 18097  | 5609  | 56BA |

Defendant: COSBY, JEFFREY D
SS#:                                    DOB:

    No address available.

Aliases: None

---

I. CHARGES

1)   18:2252A.F                                              OFF-LEVEL: 4
     ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD
     PORNO-POSSESSION OF CHILD PORNOGRAPHY
     COUNTS: 1
     DISPOSITION: Not Disposed/Still Operative
     Prison (mos):          Prison code:              Sup. rel:
     Probation (mos):       Probation code:           Fine:          0

---

II. KEY DATES

Key Date 1 :                    Earliest of:
Key Date 2 :                    Applicable :
Key Date 3a:                    Applicable :
Key Date 3b:                    Applicable :
Key Date 4 :                    Applicable :

Closed Date:    03/08/07

---

ATTORNEYS

U. S. Attorney or Asst.

 STEVEN DEBROTA

Defense at filing:   (6)   Public Defender

 JENNIFER HART
 FEDERAL PUBLIC DEFENDERS OFFICE
 MIDDLE DISTRICT OF ALABAMA
 201 MONROE STREET SUITE 1960
 MONTGOMERY          AL   36104

*[Stamp: CERTIFIED A TRUE COPY, U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA, CLERK OR DEPUTY, LAURA A. BRIGGS CLERK]*

UNITED STATES DISTRICT COURT DOCKET                    Date Printed: 03/08/07

IP06-CR-0166-01-T/F

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/01/06 | 1 | INFORMATION FILED FELONY  eod 11/02/06 [CBU] |
| 11/01/06 | 2 | CRIM INFO SHEET  eod 11/02/06 [CBU] |
| 03/02/07 | 3 | CONSENT TO TRANSFER UNDER RULE 20 to the MD/AL eod 03/05/07 [CBU] |
| 03/02/07 | 4 | RULE 20 OUT to the Middle District of Alabama. eod 03/08/07 [EAH] |

UNITED STATES DISTRICT COURT DOCKET                    Date Printed: 03/08/07