IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-053-MEF |
| | ) | |
| JEFFREY D. COSBY | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #10) filed on March 26, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case on March 30, 2007 is continued to April 20, 2007 at 9:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 26th of March, 2007.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE