AO 245B   (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page 2 of 6

**DEFENDANT:** JEFFREY D. COSBY
**CASE NUMBER:** 2:07CR53-MEF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Two hundred forty (240) months. This term shall run concurrently to the 300 month sentence imposed in 3:06CR151-MEF.

X The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available. The Court recommends that defendant be designated to a facility where Mental Health Treatment is available. The Court recommends that defendant be designated to a facility where Sex Offender Treatment is available. The Court further recommends that defendant be placed as near as possible to a facility in Indianapolis, Indiana.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____   ☐ a.m.   ☐ p.m.   on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**AUG 31 2007**

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 8/23/07 to FCI Greenville at Greenville, IL, with a certified copy of this judgment.

W. A. Sherrod
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL